Law Offices of Ezra Spilke

1825 Foster Avenue, Suite 1K<br>
Brooklyn, New York 11230<br>
t: (718) 783-3682<br>
e: ezra@spilkelaw.com<br>
www.spilkelaw.com

October 13, 2022

**By ECF**
The Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Adedayo John et al.*, 21 Cr. 609 (LAP)

Dear Judge Preska:

    I write on behalf of defendant Oluwadamilola Akinpelu to respectfully request permission for Ms. Akinpelu to travel to Kansas City, Missouri, for the purpose of visiting her sister, who recently gave birth. Ms. Akinpelu plans to travel by air to Kansas City and stay with her sister from October 21 to 24, 2022. She will make her exact location known to Pretrial Services before traveling. Should the Court grant this request, Ms. Akinpelu respectfully asks the Court to temporarily lift the condition prohibiting her from being in the vicinity of airports for the purpose of this trip.

    I have conferred with Pretrial Services Officer Ashley Cosme, who informs me that her office has no objection to this request. I have also conferred with counsel for the government, Kaylan Lasky, who defers to Pretrial Services. It should be noted that Ms. Akinpelu has a history of perfect compliance with the conditions of her pretrial release and that, based on her history of compliance, Pretrial Services has recommended in the past that the location monitoring condition be lifted. Thank you for your attention to this matter.

Respectfully submitted,<br>
/s/ Ezra Spilke<br>
Ezra Spilke

cc:   Oluwadamilola Akinpelu, by email
      Ashley Cosme, Pretrial Services, by email
      All counsel of record, by ECF

```
Defendant's requested
modifications to the
conditions of supervised
release for the purposes
of travel to Kansas City
from October 21 through
24 is granted, provided
that Defendant provides
to Pretrial Services the
details of her travel
plans and anticipated
whereabouts to the
satisfaction of Pretrial
Services.
```

SO ORDERED.     /s/ Loretta A. Preska
Dated:   October 14, 2022           LORETTA A. PRESKA
        New York, New York     Senior United States District Judge