UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
UNITED STATES OF AMERICA            :
                                    :
         - v. -                     :    [~~PROPOSED~~] ORDER
                                    :
OLUWADAMILOLA AKINPELU,              :
                                    :    S1 21 Cr. 609(LAP)
         Defendant.                 :
                                    :
------------------------------------x

WHEREAS, with the defendant's consent, her guilty plea allocution was made before United States Magistrate Barbara Moses on January 20, 2023;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
         February 6, 2023

                                        _____
                                        THE HONORABLE LORETTA A. PRESKA
                                        UNITED STATES DISTRICT JUDGE
                                        SOUTHERN DISTRICT OF NEW YORK