# Law Offices of Ezra Spilke

1825 Foster Avenue, Suite 1K<br>
Brooklyn, New York 11230<br>
t: (718) 783-3682<br>
e: ezra@spilkelaw.com<br>
www.spilkelaw.com

April 11, 2023

**By ECF**
The Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Akinpelu*, No. 21 Cr. 609

Your Honor:

With the consent of the government, Oluwadamilola Akinpelu requests an adjournment of the May 17 sentencing proceeding and the parties' associated submissions. Ms. Akinpelu's sentencing submission is due on or before May 3 and the government's on or before May 10.

I am awaiting additional records relevant to sentencing and additional letters from supporters. Because I have a two-week trial before Judge Caproni (*United States v. Jonathan Garcia*, 19 Cr. 862) beginning on June 12, I respectfully request an adjournment to the last week of June or the first two weeks of July.

Ms. Akinpelu is in compliance with the conditions of her release. I have conferred with AUSA Kaylan Lasky, counsel for the government, who informs me that the government consents to this application. This is Ms. Akinpelu's first request for an adjournment of sentencing.

Respectfully submitted,

Ezra Spilke

cc:   Counsel of record, by ECF

*Sentencing is adjourned to July 12, 2023 at 11:00 a.m.*

SO ORDERED

5/2/23

_____
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE