```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
                                       :
UNITED STATES OF AMERICA               :
                                       :   Docket # 21CR609-2
     -against-                         :   ORDER
                                       :
Oluwadamilola Akinpelu                 :
                                       :
          Defendant                    :
                                       :
---------------------------------------X
```

Loretta A. Preska, United States District Judge:

Upon the application of Pretrial Services and consent of the parties, it is hereby ORDERED that the defendant's bail be modified as follows: 1) to include the condition of drug testing and treatment as directed by Pretrial Services.

    Dated: New York, New York
          June 5, 2023

SO ORDERED:

_____
Loretta A. Preska
United States District Judge