# Law Offices of Ezra Spilke

1825 Foster Avenue, Suite 1K<br>
Brooklyn, New York 11230<br>
t: (718) 783-3682<br>
e: ezra@spilkelaw.com<br>
www.spilkelaw.com

July 28, 2023

**By ECF**
The Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Adedayo John et al.*, 21 Cr. 609 (LAP)

Your Honor:

I write on behalf of defendant Oluwadamilola Akinpelu to respectfully request permission for Ms. Akinpelu to travel to Houston, Texas, for her cousin's birthday from August 4th through August 7th. Ms. Akinpelu plans to travel by air and will be staying in a short-term rental in Houston, the exact location of which is known to Pretrial Services. Ms. Akinpelu will also provide proof of travel in advance of her departure to her supervising officer. Should the Court grant this request, Ms. Akinpelu respectfully asks the Court to temporarily lift the condition prohibiting her from being in the vicinity of airports for the purpose of this trip.

I have conferred with Pretrial Services Officer Francesca Piperato, who informs me that her office has no objection to this request. I have also conferred with counsel for the government, Kaylan Lasky, who defers to Pretrial Services. Thank you for your attention to this matter.

Respectfully submitted,

Ezra Spilke

SO ORDERED.

*Loretta A. Preska*
7/31/2023

cc:   Oluwadamilola Akinpelu, by email
       Francesca Piperato, Pretrial Services, by email
       All counsel of record, by ECF