UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES,

                    Plaintiff,

-against-

OLUWADAMILOLA AKINPELU,

                    Defendant.

No. 21-CR-609 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of the letter motion filed by Defendant Akinpelu requesting compassionate release. (See dkt. no. 489.) The Government shall respond to Ms. Akinpelu's letter no later than August 5, 2024. Ms. Akinpelu shall file a reply no later than August 12, 2024.

**SO ORDERED.**

Dated:    July 22, 2024
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge